RECEIVED
IN LAKE CHARLES, LA

APR 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| TAM LE AND TOAN VO, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD BICH VO AND PHU VO | CIVIL ACTION NO. CV-06-0223 |
| | JUDGE: MINALDI |
| VERSUS | |
| DISTRIBUTION SOUTH DURHAM, MARIO THIBAULT and MARKEL INSURANCE COMPANY OF CANADA | MAG: WILSON |

*********************************************************************

### ORDER

Considering the above and foregoing Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of plaintiffs, Tam Le and Toan Vo, individually and as Administrators of the Estate of their Minor Child, Bich Vo, and Phu Vo, in the above entitled and numbered cause against Mario Thibault, Les Cercueils South Durham Ltée, and Markel Insurance Company of Canada, be and the same is hereby dismissed, with prejudice, each party bearing its own costs.

Lake Charles, Louisiana this 5 day of April, 2007.

_____
JUDGE

F:\Client Files\Active Files\P&I\38150 - MJG\PLEADING\SETTLEMENT DOCS\Order.doc